JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| ARNOLD ALONZO,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHEM LIFE INSURANCE COMPANY, a corporation; DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. CV 09-04268 JFW (FFMx)<br><br>ORDER OF DISMISSAL |

ORDER

Based upon the Joint Stipulation of Dismissal of the parties that the above-captioned action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and that each Party agrees to bear his or its own costs and attorney's fees and for good cause shown, the Stipulation of Dismissal is hereby granted.

IT IS SO ORDERED.

Dated:  September 16, 2009

    _____
    Hon. John F. Walter
    United States District Court Judge

LA1 6896477.1